RECEIVED

JUN 10 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LESTER J. WILLIAMS<br>LA. DOC #493591<br>VS. | CIVIL ACTION NO. 6:14-cv-0800<br><br>SECTION P<br><br>JUDGE WALTERS |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this *habeas corpus* petition is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _10_ day of _June_, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE